KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
Email: kps@fdlawlv.com
FLANGAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Defendants STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC dba Meritage Financial Group*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC (dba Meritage Financial Group),<br><br>                    Defendants. | Case No: 2:23-cv-00173-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT, OPINIONS, AND TESTIMONY OF DR. EVGENY (EUGENE) ORLOV**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Securities and Exchange Commission ("SEC"), and Defendants STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC (hereinafter collectively referred to as "Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby request and stipulate to the entry of an order to extend the SEC's time to respond to the Defendants' Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. Evgeny (Eugene) Orlov (ECF No. 11) and set a briefing schedule on the SEC's response[1].

---

[1] LR 16-3(a) only allows replies to a motion in limine with leave of court, which is not being requested at this time.

1. Pursuant to the Court's Scheduling Order (ECF No. 8), the dispositive motion cut-off is November 22, 2023.

2. Defendants filed their Motion for Summary Judgment on November 17, 2023 (ECF No. 14), prior to the discovery deadline.  Thus, pursuant to LR 7-2 (b), the SEC's Response is currently due December 8, 2023, and the Reply is due 14 days after service of the response, unless the Court orders otherwise.[2]

3. Prior to filing their Motion for Summary Judgment, the Defendants filed their Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. Evgeny (Eugene) Orlov, as it relates to the Motion for Summary Judgment on November 15, 2023.  Thus, pursuant to LR 16-2 (a), the SEC's Response is currently due November 29, 2023, unless the Court orders otherwise.

4. Due to the relationship of both Motions and the intervening Thanksgiving holiday, the SEC needs more time to respond to both Motions.  In addition, the deposition of the Defendants' expert rebuttal witness occurred after the discovery cut-off due to scheduling issues.

5. The Defendants do not oppose such a request.

6. The Parties have agreed to the following briefing schedule:
   - December 22, 2023—deadline to for SEC to file Responses to both Motions

7. No other deadlines are affected by this stipulation, except for the briefing

/ / /

/ / /

/ / /

---

[2] Concurrently with this Stipulation and Order the parties are submitting a stipulation and order to extend the SEC's time to respond to the Defendants' Motion for Summary Judgment, and set a briefing schedule on the SEC's response and Defendants' Reply.

scheduling on the Motion for Summary Judgment for which a stipulation is being submitted concurrently herewith.

IT IS SO STIPULATED.

Dated this 17th day of November, 2023.

**SECURITIES AND EXCHANGE COMMISSION**

*/s/Charles E. Canter*
DOUGLAS M. MILLER[3]
Email: millerdou@sec.gov
KELLY C. BOWERS
Email: bowersk@sec,gov
CHARLES E. CANTER
Email:  canterc@sec.gov
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

Dated this 17th day of November, 2023.

**FLANGAS LAW GROUP**

*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.  (NBN 8675)
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
*Attorneys for Defendants STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC dba Meritage Financial Group*

### ORDER

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:  November 20, 2023

---

[3] On November 1, 2023, Mr. Miller and Mr. Canter filed a motion to appear in this district as government attorneys that is still pending with the Court. (Dkt. No. 10.)  As explained in that motion, this was Mr. Miller's second such motion.  (*Id*.)