KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
Email: kps@fdlawlv.com
FLANGAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Defendants STEVEN J. SUSOEFF and*
*STEVE SUSOEFF, LLC dba Meritage Financial Group*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC (dba Meritage Financial Group),<br><br>             Defendants. | Case No: 2:23-cv-00173-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SET BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Securities and Exchange Commission ("SEC"), and Defendants STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC (hereinafter collectively referred to as "Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby request and stipulate to the entry of an order to extend the SEC's time to respond to the Defendants' Motion for Summary Judgment (ECF No. 14), and set a briefing schedule on the SEC's response, and Defendants' Reply.

1. Pursuant to the Court's Scheduling Order (ECF No. 8), the dispositive motion cut-off is November 22, 2023.

2. Defendants filed their Motion for Summary Judgment on November 17, 2023, prior to the discovery deadline. Thus, pursuant to LR 7-2 (b), the SEC's Response is currently due December 8, 2023, and the Reply is due 14 days after

service of the response, unless the Court orders otherwise.

3. Prior to filing their Motion for Summary Judgment, the Defendants filed their Motion to Exclude the Expert Report, Opinions, and Testimony of Dr. Evgeny (Eugene) Orlov (ECF No. 11), as it relates to the Motion for Summary Judgment.

4. Due to the relationship of both Motions and the intervening Thanksgiving holiday, the SEC needs more time to respond to both Motions.[1] In addition, the deposition of the Defendants' expert rebuttal witness occurred after the discovery cut-off due to scheduling issues.

5. The Defendants do not oppose such a request, but need additional time to file their Reply to the SEC's Response to the Defendants' Motion for Summary Judgment due to the upcoming holidays in December and January.

6. The Parties have agreed to the following briefing schedule:

- December 22, 2023—deadline to for SEC to file Responses to both Motions
- January 19, 2024—deadline for Defendants to file their Reply to the SEC's Response to the Defendants' Motion for Summary Judgment

7. No other deadlines are affected by this stipulation, except for the briefing scheduling on the Motion to Exclude for which a stipulation is being submitted concurrently herewith.

IT IS SO STIPULATED.

Dated this 17th day of November, 2023.

        **SECURITIES AND EXCHANGE COMMISSION**

        */s/Charles E. Canter*
        DOUGLAS M. MILLER[2]
        Email: millerdou@sec.gov
        KELLY C. BOWERS

---

[1] Concurrently with this Stipulation and Order the parties are submitting a stipulation and order to extend the SEC's time to respond to the Defendants' Motion to Exclude.

[2] On November 1, 2023, Mr. Miller and Mr. Canter filed a motion to appear in this district as government attorneys that is still pending with the Court. (Dkt. No. 10.) As explained in that motion, this was Mr. Miller's second such motion. (*Id*.)

Email: bowersk@sec,gov
CHARLES E. CANTER
Email:  canterc@sec.gov
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

Dated this 17th day of November, 2023.

**FLANGAS LAW GROUP**

*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.  (NBN 8675)
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
*Attorneys for Defendants STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC dba Meritage Financial Group*

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  November 22, 2023