DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
KELLY C. BOWERS (Cal. Bar No. 164007)
Email: bowersk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine Zoladz, Regional Director
Brent W. Wilner, Associate Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC (dba Meritage Financial Group),<br><br>Defendants. | Case No. 2:23-cv-00173-JCM-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING THE JOINT PRE-TRIAL ORDER** |

Plaintiff Securities and Exchange Commission and Defendants Steven J. Susoeff and Steve Susoeff, LLC, through undersigned counsel, stipulate as follows:

1. The SEC filed its complaint on February 1, 2023. ECF No. 1.

2. Defendants timely answered on April 6, 2023. ECF. No. 5

3. The Court entered the scheduling order in the case on May 11, 2023. ECF No. 8.

4. The scheduling order required, among other things, that the parties complete discovery by October 25, 2023, file any dispositive motions by November 22, 2023, and file the Joint Pre-Trial Order by December 20, 2023. *Id.*

5. The parties timely completed discovery, and on November 17, 2023, Defendants timely filed a motion for summary judgment. ECF No. 14.

6. Under the scheduling order, the filing of the motion for summary judgment suspended the date for filing the Joint Pre-Trial Order "until 30 days after decision on the [motion] or further order of the court." ECF No. 8.

7. The Court issued its order denying the motion for summary judgment on August 23, 2024. ECF No. 24.

8. Accordingly, the Joint Pre-Trial Order is now due to be filed by September 23, 2023.

9. Good cause exists to continue the deadline for filing the Joint Pre-trial Order.

10. Preparing the Joint Pre-trial Order requires considerable coordination of counsel for the parties to discuss settlement, stipulations of fact, admissibility of and objections to exhibits, and other issues. L.R. 16-3.

11. Pre-existing deadlines and proceedings in other cases for counsel for both parties, however, prevent an initial meeting to discuss the Joint Pre-Trial Order until no earlier than September 19, 2024, which is insufficient time to adequately prepare the Joint Pre-Trial Order for filing.

12. Continuing the deadline for filing the Joint Pre-Trial Order for 30 days

will permit counsel adequate time to fully discuss settlement and to address the issues set forth in L.R. 16-3.

13. Therefore, the parties stipulate and agree that the deadline for filing the Joint Pre-Trial Order should be continued to October 23, 2024.

IT IS SO STIPULATED.

Dated: September 12, 2024

/s/ Charles E. Canter
DOUGLAS M. MILLER
CHARLES E. CANTER
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

Dated: September 12, 2024

**FLANGAS LAW GROUP**

/s/ Kimberly P. Stein
KIMBERLY P. STEIN (NBN 8675)
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
*Attorneys for Defendants STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC dba Meritage Financial Group*

**ORDER**

IT IS SO ORDERED.

Dated: September 13, 2024

United States Magistrate Judge

2                                              Case No. 2:23-cv-00173-JCM-EJY