DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
CHARLES E. CANTER (Cal. Bar No. 263197)
Email: canterc@sec.gov
KELLY C. BOWERS (Cal. Bar No. 164007)
Email: bowersk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine Zoladz, Regional Director
Brent W. Wilner, Associate Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC (dba Meritage Financial Group),<br><br>Defendants. | Case No. 2:23-cv-00173-JCM-EJY<br><br>**NOTICE OF PROPOSED SETTLEMENT AND STIPULATION AND ORDER TO VACATE SCHEDULING ORDER** |

Plaintiff Securities and Exchange Commission and Defendants Steven J. Susoeff and Steve Susoeff, LLC, through undersigned counsel, stipulate as follows:

1. The SEC filed its complaint on February 1, 2023. ECF No. 1.
2. Defendants timely answered on April 6, 2023. ECF. No. 5
3. The Court entered the scheduling order in the case on May 11, 2023. ECF No. 8.
4. On September 13, 2024, the Court approved the parties' stipulation to modify the scheduling order and continue the deadline for filing the Joint Pre-Trial Order to October 23, 2024. ECF. No. 26.
5. Counsel for the parties have agreed to a settlement in principle of all claims in this action. As the Court may be aware, only the Commissioners of the SEC have the final authority to approve any settlement on behalf of the SEC. Accordingly, before submitting final proposed settlement documents to the Court, SEC counsel must obtain Commission approval by first submitting an action memorandum to the Commission setting forth their recommendation and providing a comprehensive explanation of the recommendation's factual and legal basis. After the recommendation is presented, the Commission considers the recommendation and votes on whether to approve or reject the recommendation. *See* SEC DIV. OF ENF'T, ENFORCEMENT MANUAL §§ 2.5.1-2 (available at https://www.sec.gov/divisions/enforce/enforcementmanual.pdf).
6. Counsel for the SEC has begun the process of obtaining authorization to enter the proposed settlements. Under the present circumstances, that process is expected to take at least 75 days.
7. Accordingly, the scheduling order should be vacated.
8. Counsel for the SEC will file either the final settlement documents or a status report on or before January 10, 2025.

IT IS SO STIPULATED.

Dated: October 21, 2024

/s/ Charles E. Canter
DOUGLAS M. MILLER
CHARLES E. CANTER
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

Dated: October 21, 2024

**FLANGAS LAW GROUP**

/s/ Kimberly P. Stein

KIMBERLY P. STEIN (NBN 8675)
E-mail: kps@fdlawlv.com
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
*Attorneys for Defendants STEVEN J. SUSOEFF and STEVE SUSOEFF, LLC dba Meritage Financial Group*

**ORDER**

IT IS SO ORDERED.

Dated: October 25, 2024

_____
United States District Judge

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On October 21, 2024, I caused to be served the document entitled **NOTICE OF PROPOSED SETTLEMENT AND STIPULATION AND ORDER TO VACATE SCHEDULING ORDER** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 21, 2024              */s/ Charles E. Canter*
                                      Charles E. Canter

1

*SEC v. Steven J. Susoeff, et al.*
**United States District Court—Nevada**
**Case No. 2:23-cv-00173-JCM-EJY**

## SERVICE LIST

Kimberly P. Stein, Esq.
kps@fdlawlv.com
FLANGAS LAW GROUP
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Phone: (702) 971-2258
*Attorney for Defendants Steven J. Susoeff and Steve Susoeff, LLC*

2