# ABSTRACT OF JUDGMENT
## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Steven J. Susoeff<br>41 Lake Meadow Drive<br>Daly City, California 94015<br>APN 006065270 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Disgorgement:<br><br>$65,927.00<br><br>Plus Post Judgment Interest | Jennifer A. Youngs<br>Assistant Chief Litigation Counsel<br>United States Securities and Exchange Commission<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>2:23-cv-00173-JCM-EJY<br><br>Consent Judgment Entry Date: 12/27/2024;<br>Docket Number: 32<br><br>Clerk Entry of Judgment: 1/14/2025; Docket Number: 34 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

**DISTRICT OF        Nevada**

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date: 2/5/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*



FEB 0 5 2025

## ABSTRACT OF JUDGMENT
### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Steven J. Susoeff<br>41 Lake Meadow Drive<br>Daly City, California 94015<br>APN 006065270 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Civil Penalty:<br><br>$144,566.00<br><br>Plus Post Judgment Interest | Jennifer A. Youngs<br>Assistant Chief Litigation Counsel<br>United States Securities and Exchange Commission<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>2:23-cv-00173-JCM-EJY<br><br>Consent Judgment Entry Date: 12/27/2024;<br>Docket Number: 32<br><br>Clerk Entry of Judgment:<br>1/14/2025; Docket Number: 34 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

_____ **DISTRICT OF** _____ **Nevada** _____

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.





*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

# ABSTRACT OF JUDGMENT
## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Steven J. Susoeff<br>Steven J. Susoeff d/b/a:<br>S R S Holdings LLC.<br><br>2216 Dogwood Ranch Avenue<br>Henderson, NV 89052<br>Parcel Number: 178-31-718-007 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Disgorgement:<br><br>$65,927.00<br><br>Plus Post Judgment Interest | Jennifer A. Youngs<br>Assistant Chief Litigation Counsel<br>United States Securities and Exchange Commission<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>2:23-cv-00173-JCM-EJY<br><br>Consent Judgment Entry Date: 12/27/2024;<br>Docket Number: 32<br><br>Clerk Entry of Judgment:<br>1/14/2025; Docket Number: 34 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

**DISTRICT OF _____Nevada_____**

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date: 2/5/2025



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FEB 0 5 2025

CLERK, US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

## ABSTRACT OF JUDGMENT
### NOTICE

FEB 05 2025

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Steven J. Susoeff<br>Steven J. Susoeff d/b/a:<br>S R S Holdings LLC.<br><br>2216 Dogwood Ranch Avenue<br>Henderson, NV 89052<br>Parcel Number: 178-31-718-007 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Civil Penalty:<br><br>$144,566.00<br><br>Plus Post Judgment Interest | Jennifer A. Youngs<br>Assistant Chief Litigation Counsel<br>United States Securities and Exchange Commission<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>2:23-cv-00173-JCM-EJY<br><br>Consent Judgment Entry Date: 12/27/2024;<br>Docket Number: 32<br><br>Clerk Entry of Judgment:<br>1/14/2025; Docket Number: 34 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

**DISTRICT OF**    Nevada

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.



*CLERK OF COURT*

Date: 2/5/2025

*Signature of Clerk or Deputy Clerk*

# ABSTRACT OF JUDGMENT
## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Steven J. Susoeff<br>Steven J. Susoeff d/b/a:<br>S R S Holdings LLC.<br><br>1863 Vista Pointe Avenue<br>Henderson, NV 89012<br>Parcel Number: 178-20-716-011 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Disgorgement:<br><br>$65,927.00<br><br>Plus Post Judgment Interest | Jennifer A. Youngs<br>Assistant Chief Litigation Counsel<br>United States Securities and Exchange Commission<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>2:23-cv-00173-JCM-EJY<br><br>Order Entry Date:<br>12/27/2024; Docket Number: 32<br><br>Judgment Entry Date:<br>1/14/2025; Docket Number: 34 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

**DISTRICT OF    Nevada**

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date: 2/5/2025

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_



FEB 0 5 2025

## ABSTRACT OF JUDGMENT
### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Steven J. Susoeff<br>Steven J. Susoeff d/b/a:<br>S R S Holdings LLC.<br><br>1863 Vista Pointe Avenue<br>Henderson, NV 89012<br>Parcel Number: 178-20-716-011 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Civil Penalty:<br><br>$144,566.00<br><br>Plus Post Judgment Interest | Jennifer A. Youngs<br>Assistant Chief Litigation Counsel<br>United States Securities and Exchange Commission<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>2:23-cv-00173-JCM-EJY<br><br>Consent Judgment Entry Date: 12/27/2024;<br>Docket Number: 32<br><br>Clerk Entry of Judgment:<br>1/14/2025; Docket Number: 34 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

**DISTRICT OF       Nevada**

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.



Date: 2/5/2025

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

## ABSTRACT OF JUDGMENT
### NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Steven J. Susoeff<br>Steven J. Susoeff d/b/a:<br>Susoeff Steven J Separate Property Trust<br>Susoeff Steven J TRS.<br><br>10125 Cardinal View Place<br>Las Vegas, NV 89134<br>Parcel Number: 137-24-515-006 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Disgorgement:<br><br>$65,927.00<br><br>Plus Post Judgment Interest | Jennifer A. Youngs<br>Assistant Chief Litigation Counsel<br>United States Securities and Exchange Commission<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>2:23-cv-00173-JCM-EJY<br><br>Consent Judgment Entry Date: 12/27/2024;<br>Docket Number: 32<br><br>Clerk Entry of Judgment: 1/14/2025; Docket Number: 34 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

**DISTRICT OF** _____Nevada_____

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date: 2/5/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

FEB 05 2025

## ABSTRACT OF JUDGMENT
### NOTICE

FEB 0 5 2025

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Steven J. Susoeff<br>Steven J. Susoeff d/b/a:<br>Susoeff Steven J Separate Property Trust<br>Susoeff Steven J TRS.<br><br>10125 Cardinal View Place<br>Las Vegas, NV 89134<br>Parcel Number: 137-24-515-006 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Civil Penalty:<br><br>$144,566.00<br><br>Plus Post Judgment Interest | Jennifer A. Youngs<br>Assistant Chief Litigation Counsel<br>United States Securities and Exchange Commission<br>100 F Street, NE, Mail Stop 5631<br>Washington, DC 20549-5631 | Civil Action Number:<br>2:23-cv-00173-JCM-EJY<br><br>Consent Judgment Entry Date: 12/27/2024;<br>Docket Number: 32<br><br>Clerk Entry of Judgment:<br>1/14/2025; Docket Number: 34 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE**

**DISTRICT OF   Nevada**

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date: 2/5/2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*